**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LINDA T. MCCOY**                                                    **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:22-CV-345-CWR-FKB**

**MISSISSIPPI DEPARTMENT OF**                            **DEFENDANTS**
**REVENUE— CHRISTOPHER GRAHAM;**
**STATE OF MISSISSIPPI—LYNN FITCH**

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 17, this

case is dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED**, this the 15th day of August, 2022.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE